UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO CORBIN,

                          Plaintiff,

            -against-                                   23-CV-6907 (LTS)

ANTHONY ANNUCCI, COMMISSIONER,                          ORDER OF DISMISSAL
NYS DOCCS; JOSEPH SERGEANT; JOHN
DOE, OFFICER IN CHARGE; JOHN DOE,
ESCORTING OFFICER,

                          Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 9, 2023, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this action. All pending matters are terminated.

SO ORDERED.

Dated:    October 12, 2023
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge