UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO CORBIN,

                    Plaintiff,

          -against-

ANTHONY ANNUCCI, COMMISSIONER,
NYS DOCCS; JOSEPH SERGEANT; JOHN
DOE, OFFICER IN CHARGE; JOHN DOE,
ESCORTING OFFICER,,

                    Defendants.

23-CV-6907 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 12, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    October 12, 2023
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge